■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK M. UTLEY, Appellant. [998 NYS2d 129]—Appeal from a judgment of the Wyoming County Court (Mark H. Dadd, J.), rendered July 22, 2013. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Centra, Carni and Sconiers, JJ.